| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 1:10-CR-118 |
| | § | |
| CLIFFORD R. ROTH | § | |

## ORDER

Defendant CLIFFORD R. ROTH's Motion for Continuance (#20) is DENIED. Defendant's Pretrial Conference and Trial Scheduling is set for February 28, 2011, at 10:00 a.m.

SIGNED at Beaumont, Texas, this 14th day of February, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE